UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 12-cr-0574-PJH-3 |
|---|---|
| Plaintiff, | |
| v. | **ORDER DIRECTING GOVERNMENT TO FILE RESPONSE TO RULE 60 MOTION** |
| JOHN DEVALIER DANIELS, | |
| Defendant. | Re: Dkt. No. 512 |

Petitioner in this habeas case has filed a motion under Rule 60(b) for relief from the judgment denying his § 2255 petition. See Dkt. 512. The court hereby directs the government to file a response to petitioner's motion, no later than June 24, 2021. The government shall also serve a copy of the response on petitioner. If petitioner wishes to reply, he shall do so by filing a reply brief with the court no later than July 1, 2021. The motion will thereafter be submitted on the papers.

**IT IS SO ORDERED.**

Dated: June 9, 2021

                                            /s/ *Phyllis J. Hamilton*
                                        PHYLLIS J. HAMILTON
                                        United States District Judge